UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO . 08-61849-CIV-O'SULLIVAN

[CONSENT]

CARLOS VITOLA, et al.,
    Plaintiffs,

vs.

PARAMOUNT AUTOMATED FOOD
SERVICES, INC. et al.,
    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Defendants' Motion to Dismiss Counts IV, V, VI and VII of Plaintiffs' Third Amended Complaint (DE # 110, 8/27/09). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1 (C) (Emphasis supplied).

Having received no response from the plaintiffs, and a response having been due, it is

ORDERED AND ADJUDGED, that the plaintiffs shall file a response to the Defendants' Motion to Dismiss Counts IV, V, VI and VII of Plaintiffs' Third Amended Complaint (DE # 110, 8/27/09) on or before **Tuesday, September 22, 2009**.  The failure to file a response may result in an Order granting the Defendants' Motion to

Dismiss Counts IV, V, VI and VII of Plaintiffs' Third Amended Complaint (DE # 110, 8/27/09) in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida this **15th** day of September, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record