UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO . 08-61849-CIV-O'SULLIVAN

[CONSENT]

CARLOS VITOLA, et al.,
      Plaintiffs,

vs.

PARAMOUNT AUTOMATED FOOD
SERVICES, INC. et al.,
      Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Defendants' Motion for

Reconsideration and/or Clarification of Order Entered October 6, 2009 (DE # 136,

10/16/09).  Rule 7.1(C), Local Rules for the United States District Court for the

Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(C)(emphasis added).

Having received no response from the plaintiffs, and a response having been

due, it is

ORDERED AND ADJUDGED, that the plaintiffs shall file a response to the

Defendants' Motion for Reconsideration and/or Clarification of Order Entered October

6, 2009 (DE # 136, 10/16/09) on or before **Tuesday, November 10, 2009**.  The failure

to file a response may result in an Order granting the Defendants' Motion for

Reconsideration and/or Clarification of Order Entered October 6, 2009 (DE # 136,

10/16/09) in its entirety.

      DONE AND ORDERED in Chambers at Miami, Florida, this **3rd** day of

November, 2009.

                                _____
                                JOHN J. O'SULLIVAN
                                UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record