UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO . 08-61849-CIV-O'SULLIVAN

[CONSENT]

CARLOS VITOLA, et al.,
    Plaintiffs,

vs.

PARAMOUNT AUTOMATED FOOD
SERVICES, INC. et al.,
    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Defendants' Second Motion to Enforce Discovery Orders on Plaintiffs' Alleged Fraud Damages and First Motion to Enforce Discovery Order Requiring Plaintiffs' Good Faith Calculation of FMWA Damages and Amended Statement of FLSA Claim (DE# 194, 1/27/10). Having reviewed the applicable filings and the law and having heard from counsel at the status hearing on February 11, 2010, it is

ORDERED AND ADJUDGED that the Defendants' Second Motion to Enforce Discovery Orders on Plaintiffs' Alleged Fraud Damages and First Motion to Enforce Discovery Order Requiring Plaintiffs' Good Faith Calculation of FMWA Damages and Amended Statement of FLSA Claim (DE# 194, 1/27/10) is **DENIED**. It is further

ORDERED AND ADJUDGED that the defendants shall prepare a summary of attorney's fees and costs incurred from January 25, 2010 at 5:00 p.m through February 11, 2010 as a result of the plaintiffs' erroneous damage calculation. The defendants shall provide a copy of this summary to the plaintiffs by **Tuesday, February 16, 2010**.

The parties shall attempt to agree to the amount of attorney's fees and costs the plaintiffs shall reimburse to the defendants. If the parties reach an agreement, the defendants shall file a notice with the Court by **Friday, February 19, 2010**. If the parties are unable to reach an agreement, the defendants shall file a copy of the summary by **Friday, February 19, 2010**. The plaintiffs are permitted to file a response by **Friday, February 26, 2010**. It is further

ORDERED AND ADJUDGED that the plaintiffs shall file a notice of voluntary dismissal of the minimum wage claims of those plaintiffs who did not suffer minimum wage violations by **Friday, February 12, 2010**. It is further

ORDERED AND ADJUDGED that the defendants are permitted to take the depositions of the accountant and each of the plaintiffs before **Friday, February 19, 2010**. It is further

ORDERED AND ADJUDGED that the defendants' expert's report is due on **Monday, February 22, 2010**. The plaintiffs are permitted to depose the defendants' expert by **Friday, February 26, 2010**. It is further

ORDERED AND ADJUDGED that by **Tuesday, February 23, 2010**, the parties shall meet to discuss witnesses and attempt to agree on the admissibility of exhibits.

DONE AND ORDERED in Chambers at Miami, Florida, this **11th** day of February, 2010.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record