IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. : 08-61849-CIV-HUCK/O'SULLIVAN

CARLOS VITOLA, an individual,
LUIS SOTO, an individual,
RAFAEL MEJIA, an individual,
CESAR CHIQUILLO, an individual,
ALBERTO SUBERVI, an individual, and
LUIS PEREZ, an individual,

    Plaintiffs,

vs.

PARAMOUNT AUTOMATED FOOD
SERVICES, INC., a Florida corporation,
ALBERT J. MINIACI, an individual,
DOMINICK F. MINIACI, an individual, and
ROLANDO ESPINOSA, an individual,

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF SERVING AND FILING CORRECTED DAMAGES CALCULATIONS (MINIMUM WAGE CLAIM)

The Plaintiffs ALBERTO SUBERVI and LUIS PEREZ ("Plaintiffs"), hereby serve their Notice of Serving and Filing Corrected Damages Calculations, and state:

1. On February 5, 2010, Plaintiffs' counsel notified this Court and opposing counsel that the previously submitted damages calculations contained errors, and that a new, corrected damages calculations would be forthcoming. [DE-196, DE-197].

2. That same day, Plaintiffs retained an accountant to prepare a new set of damages calculations, which have now been completed and provided to defense counsel.

1

3. These calculations (spreadsheets) for the minimum wage claim are attached hereto as an exhibit.[1]

WHEREFORE, Plaintiffs hereby file their corrected damages calculations for their fraud claim.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically using the CM-ECF filing system this __12th__ day of February, 2010 on Garry W. O'Donnell, Esq., Adorno & Yoss, LLP, 700 South Federal Highway, Suite 200, Boca Raton, Florida 33432.

Respectfully submitted,

PIANTINI AND ASSOCIATES, P.A.
Attorneys for Plaintiff
2600 Douglas Road
Suite 1103
Coral Gables, FL 33134
Tel. (305)-854-8666
Fax: (305)-854-7666

BY:  s/Albert J. Piantini
ALBERT J. PIANTINI, ESQ.
(FBN 157058)

---

[1] Prior to the status conference on February 11, 2010, all six Plaintiffs had asserted minimum wage claims, and a full set of corrected calculations was provided in open court to defense counsel. However, in light of the announcement in open court by Plaintiffs' counsel that the minimum wage claims would be voluntarily dismissed as to Plaintiffs CARLOS VITOLA, LUIS SOTO, RAFAEL MEJIA, and CESAR CHIQUILLO, the only spreadsheets that are being filed today for record are those pertaining to the remaining minimum wage claims of Plaintiffs ALBERTO SUBERVI and LUIS PEREZ only.

Alberto, Subervi

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | |
| 2 | | | | EARNINGS DUE | | | ACTUAL PAID | | | | | | |
| 3 | | | | | | | | | | | | | |
| 4 | | Year | Week Ending | Salary Earned | Other | Total Earned | Base Comm. | Weeknd | Holiday/ Vac./Per. | Add'l. Comm. | Total Paid | | Difference |
| 5 | | | | | | | | | | | | | |
| 6 | 1 | 2006 | 7/6 | 614.40 | | 614.40 | 313.58 | | | | 313.58 M | | 300.82 |
| 7 | 2 | 2006 | 7/13 | 614.40 | | 614.40 | 673.61 | | | | 673.61 M | | (59.21) |
| 8 | 3 | 2006 | 7/20 | 614.40 | | 614.40 | 733.77 | | | | 733.77 M | | (119.37) |
| 9 | 4 | 2006 | 7/27 | 614.40 | | 614.40 | 587.57 | | | 48.96 | 636.53 | | (22.13) |
| 10 | 5 | 2006 | 8/3 | 614.40 | | 614.40 | 617.91 | 125.00 | | 51.49 | 794.40 | | (180.00) |
| 11 | 6 | 2006 | 8/10 | 614.40 | | 614.40 | 574.07 | | | | 574.07 M | | 40.33 |
| 12 | 7 | 2006 | 8/17 | 614.40 | | 614.40 | 566.27 | | | | 566.27 M | | 48.13 |
| 13 | 8 | 2006 | 8/24 | 614.40 | | 614.40 | 463.26 | | 100.00 | 38.61 | 601.87 | | 12.53 |
| 14 | 9 | 2006 | 8/31 | 614.40 | | 614.40 | 355.70 | | | | 355.70 M | | 258.70 |
| 15 | 10 | 2006 | 9/7 | 614.40 | | 614.40 | 720.00 | | | | 720.00 M | | (105.60) |
| 16 | 11 | 2006 | 9/14 | 614.40 | | 614.40 | 725.00 | | | | 725.00 M | | (110.60) |
| 17 | 12 | 2006 | 9/21 | 614.40 | | 614.40 | 600.00 | | | | 600.00 M | | 14.40 |
| 18 | 13 | 2006 | 9/28 | 614.40 | | 614.40 | 600.00 | | | | 600.00 M | | 14.40 |
| 19 | 14 | 2006 | 10/5 | 614.40 | | 614.40 | 641.34 | | | | 641.34 M | | (26.94) |
| 20 | 15 | 2006 | 10/12 | 614.40 | | 614.40 | 600.00 | 125.00 | | 39.44 | 764.44 | | (150.04) |
| 21 | 16 | 2006 | 10/19 | 614.40 | | 614.40 | 600.00 | | | 39.25 | 639.25 | | (24.85) |
| 22 | 17 | 2006 | 10/26 | 614.40 | | 614.40 | 634.90 | - | | | 634.90 M | | (20.50) |
| 23 | 18 | 2006 | 11/2 | 614.40 | | 614.40 | 692.78 | | | | 692.78 M | | (78.38) |
| 24 | 19 | 2006 | 11/9 | 614.40 | | 614.40 | 536.13 | | | | 536.13 M | | 78.27 |
| 25 | 20 | 2006 | 11/16 | 614.40 | | 614.40 | 480.00 | 125.00 | | 34.02 | 759.02 | | (144.62) |
| 26 | 21 | 2006 | 11/23 | 614.40 | | 614.40 | 644.94 | | | | 644.94 M | | (30.54) |
| 27 | 22 | 2006 | 11/30 | 614.40 | | 614.40 | 721.25 | | | | 721.25 M | | (106.85) |
| 28 | 23 | 2006 | 12/7 | 614.40 | | 614.40 | 725.00 | | | | 725.00 M | | (110.60) |
| 29 | 24 | 2006 | 12/14 | 614.40 | | 614.40 | 600.00 | | | | 600.00 M | | 14.40 |
| 30 | 25 | 2006 | 12/21 | 614.40 | | 614.40 | 360.00 | | 120.00 | 26.85 | 506.85 | | 107.55 |
| 31 | 26 | 2006 | 12/28 | 614.40 | | 614.40 | | | | | | | |
| 32 | 27 | 2007 | 1/4 | 640.32 | | 640.32 | 240.00 | | | | 240.00 | | 400.32 |
| 33 | 28 | 2007 | 1/11 | 640.32 | | 640.32 | 600.00 | 125.00 | | | 725.00 | | (84.68) |
| 34 | 29 | 2007 | 1/18 | 640.32 | | 640.32 | 600.00 | | | | 600.00 | | 40.32 |
| 35 | 30 | 2007 | 1/25 | 640.32 | | 640.32 | 600.00 | | | | 600.00 | | 40.32 |
| 36 | 31 | 2007 | 2/1 | 640.32 | | 640.32 | 600.00 | | | 48.22 | 648.22 | | (7.90) |
| 37 | 32 | 2007 | 2/8 | 640.32 | | 640.32 | 600.00 | 125.00 | | 42.38 | 767.38 | | (127.06) |
| 38 | 33 | 2007 | 2/15 | 640.32 | | 640.32 | 600.00 | | | 44.07 | 644.07 | | (3.75) |
| 39 | 34 | 2007 | 2/22 | 640.32 | | 640.32 | 600.00 | | | | 600.00 | | 40.32 |
| 40 | 35 | 2007 | 3/1 | 640.32 | | 640.32 | 600.00 | | | 46.96 | 646.96 | | (6.64) |
| 41 | 36 | 2007 | 3/8 | 640.32 | | 640.32 | 600.00 | 125.00 | | | 725.00 | | (84.68) |
| 42 | 37 | 2007 | 3/15 | 640.32 | | 640.32 | 240.00 | | 360.00 | | 600.00 | | 40.32 |
| 43 | 38 | 2007 | 3/22 | 640.32 | | 640.32 | 480.00 | | 120.00 | | 600.00 | | 40.32 |
| 44 | 39 | 2007 | 3/29 | 640.32 | | 640.32 | 600.00 | | | | 600.00 | | 40.32 |
| 45 | 40 | 2007 | 4/5 | 640.32 | | 640.32 | 600.00 | 125.00 | | 32.48 | 757.48 | | (117.16) |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | |
| 2 | Alberto, Subervi | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | |
| 4 | | | | —EARNINGS DUE— | | | —ACTUAL PAID— | | | | | | | |
| 5 | | Week | Salary | Other | Total | Base | Weekend | Holiday/ | Add'l. | Total | | | |
| 6 | Year | Ending | Earned | | Earned | Comm. | | Vac/Per. | Comm. | Paid | Difference | | |
| 48 | 2007 | 4/12 | 640.32 | | 640.32 | 600.00 | | | | 600.00 | 40.32 | | |
| 49 | 2007 | 4/19 | 640.32 | | 640.32 | 240.00 | | | | 240.00 | 400.32 | | |
| 50 | 2007 | 4/26 | 640.32 | | 640.32 | 600.00 | | | | 600.00 | 40.32 | | |
| 51 | 2007 | 5/3 | 640.32 | | 640.32 | 600.00 | | 125.00 | 40.68 | 765.68 | (125.36) | | |
| 52 | 2007 | 5/10 | 640.32 | | 640.32 | 600.00 | | | 44.72 | 644.72 | (4.40) | | |
| 53 | 2007 | 5/17 | 640.32 | | 640.32 | 600.00 | | | | 600.00 | 40.32 | | |
| 54 | 2007 | 5/24 | 640.32 | | 640.32 | 480.00 | | 120.00 | | 600.00 | 40.32 | | |
| 55 | 2007 | 5/31 | 640.32 | | 640.32 | 120.00 | | | | 120.00 | 520.32 | | |
| 56 | 2007 | 6/7 | 640.32 | | 640.32 | 480.00 | | | | 480.00 | 160.32 | | |
| 57 | 2007 | 6/14 | 640.32 | | 640.32 | 600.00 | | | 37.39 | 637.39 | 2.93 | | |
| 58 | 2007 | 6/21 | 640.32 | | 640.32 | 600.00 | | | | 600.00 | 40.32 | | |
| 59 | 2007 | 6/28 | 640.32 | | 640.32 | 600.00 | | 120.00 | | 720.00 | (79.68) | | |
| 60 | 2007 | 7/5 | 640.32 | | 640.32 | 600.00 | | 125.00 | | 725.00 | (84.68) | | |
| 61 | 2007 | 7/12 | 640.32 | | 640.32 | 600.00 | | 125.00 | | 725.00 | (84.68) | | |
| 62 | 2007 | 7/19 | 640.32 | | 640.32 | 240.00 | | 360.00 | | 600.00 | 40.32 | | |
| 63 | 2007 | 7/26 | 640.32 | | 640.32 | 666.36 | | | | 666.36 | (26.04) | | |
| 64 | 2007 | 8/2 | 640.32 | | 640.32 | 480.00 | | 125.00 | 47.86 | 772.86 | (132.54) | | |
| 65 | 2007 | 8/9 | 640.32 | | 640.32 | 600.00 | | 125.00 | 34.08 | 634.08 | 6.24 | | |
| 66 | 2007 | 8/16 | 640.32 | | 640.32 | 480.00 | | | | 480.00 | 160.32 | | |
| 67 | 2007 | 8/23 | 640.32 | | 640.32 | 600.00 | 125.00 | 120.00 | | 600.00 | 40.32 | | |
| 68 | 2007 | 8/30 | 640.32 | | 640.32 | 600.00 | | | | 600.00 | 40.32 | | |
| 69 | 2007 | 9/6 | 640.32 | | 640.32 | 480.00 | | 120.00 | | 600.00 | 40.32 | | |
| 70 | 2007 | 9/13 | 640.32 | | 640.32 | 630.19 | | | | 630.19 | 10.13 | | |
| 71 | 2007 | 9/20 | 640.32 | | 640.32 | 600.00 | | | | 600.00 | 40.32 | | |
| 72 | 2007 | 9/27 | 640.32 | | 640.32 | 480.00 | | | | 480.00 | 160.32 | | |
| 73 | 2007 | 10/4 | 640.32 | | 640.32 | 604.82 | | 125.00 | | 729.82 | (89.50) | | |
| 74 | 2007 | 10/11 | 640.32 | | 640.32 | 631.58 | | 125.00 | | 756.58 | (116.26) | | |
| 75 | 2007 | 10/18 | 640.32 | | 640.32 | 630.19 | 15.93 | | | 646.12 | (5.80) | | |
| 76 | 2007 | 10/25 | 640.32 | | 640.32 | 643.56 | | | | 643.56 | (3.24) | | |
| 77 | 2007 | 11/1 | 640.32 | | 640.32 | 639.46 | | | | 639.46 | 0.86 | | |
| 78 | 2007 | 11/8 | 640.32 | | 640.32 | 607.46 | | | | 607.46 | 32.86 | | |
| 79 | 2007 | 11/15 | 640.32 | | 640.32 | 546.32 | 45.53 | 120.00 | | 711.85 | (71.53) | | |
| 80 | 2007 | 11/22 | 640.32 | | 640.32 | 120.00 | | 624.00 | | 744.00 | (103.68) | | |
| 81 | 2007 | 11/29 | 640.32 | | 640.32 | 0.00 | | 96.00 | | 96.00 | (96.00) | | |
| 82 | 2007 | 12/6 | 0.00 | | 0.00 | 553.81 | | | 46.15 | 599.96 | 40.36 | | |
| 83 | 2007 | 12/13 | 640.32 | | 640.32 | 709.97 | | 50.00 | | 759.97 | (119.65) | | |
| 84 | 2007 | 12/20 | 640.32 | | 640.32 | 600.00 | | | | 600.00 | 40.32 | | |
| 85 | 2007 | 12/27 | 640.32 | | 640.32 | 600.00 | | | | 600.00 M | 40.32 | | |
| 86 | | | | | | | | | | | | | |
| 87 | 2008 | 1/3 | 651.84 | | 651.84 | 600.00 | | | | 600.00 M | 51.84 | | |
| 88 | 2008 | 1/10 | 651.84 | | 651.84 | 903.14 | | | | 903.14 M | (251.30) | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | |
| 2 | Alberto, Subervi | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | |
| 4 | | | EARNINGS DUE | | | | | ACTUAL PAID | | | | | |
| 5 | | | | | | | | | | | | | |
| 6 | | Year | Week Ending | Salary Earned | Other | Total Earned | Base Comm. | Weeknd | Holiday/ Vac./Per. | Add'l. Comm. | Total Paid | | Difference |
| 87 | | 2008 | 1/17 | 651.84 | | 651.84 | 676.29 | | | | 676.29 | M | (24.45) |
| 88 | | 2008 | 1/24 | 651.84 | | 651.84 | 658.52 | | | | 658.52 | M | (6.68) |
| 89 | | 2008 | 1/31 | 651.84 | | 651.84 | 685.37 | | | | 685.37 | M | (33.53) |
| 90 | | 2008 | 2/7 | 651.84 | | 651.84 | 150.13 | | 480.00 | | 630.13 | | 21.71 |
| 91 | | 2008 | 2/14 | 651.84 | | 651.84 | 682.84 | | | | 682.84 | M | (31.00) |
| 92 | | 2008 | 2/21 | 651.84 | | 651.84 | 635.68 | | | | 635.68 | M | 16.16 |
| 93 | | 2008 | 2/28 | 651.84 | | 651.84 | 600.00 | | | | 600.00 | M | 51.84 |
| 94 | | 2008 | 3/6 | 651.84 | | 651.84 | 480.00 | | | | 480.00 | | 171.84 |
| 95 | | 2008 | 3/13 | 651.84 | | 651.84 | 464.07 | | | | 464.07 | M | 187.77 |
| 96 | | 2008 | 3/20 | 651.84 | | 651.84 | 644.93 | | | | 644.93 | M | 6.91 |
| 97 | | 2008 | 3/27 | 651.84 | | 651.84 | 360.00 | | 240.00 | | 600.00 | M | 51.84 |
| 98 | | 2008 | 4/3 | 651.84 | | 651.84 | 600.00 | | | 47.75 | 647.75 | | 4.09 |
| 99 | | 2008 | 4/10 | 651.84 | | 651.84 | 600.00 | | | | 600.00 | M | 51.84 |
| 100 | | 2008 | 4/17 | 651.84 | | 651.84 | 600.00 | | | | 600.00 | M | 51.84 |
| 101 | | 2008 | 4/24 | 651.84 | | 651.84 | 600.00 | | | | 600.00 | M | 51.84 |
| 102 | | 2008 | 5/1 | 651.84 | | 651.84 | 600.00 | | | | 600.00 | M | 51.84 |
| 103 | | 2008 | 5/8 | 651.84 | | 651.84 | 600.00 | | | | 600.00 | M | 51.84 |
| 104 | | 2008 | 5/15 | 651.84 | | 651.84 | 634.00 | | | | 634.00 | M | 17.84 |
| 105 | | 2008 | 5/22 | 651.84 | | 651.84 | 495.55 | | 120.00 | | 615.55 | | 36.29 |
| 106 | | 2008 | 5/29 | 651.84 | | 651.84 | 929.88 | | | | 929.88 | M | (278.04) |
| 107 | | 2008 | 6/5 | 651.84 | | 651.84 | 480.00 | | | | 480.00 | M | 171.84 |
| 108 | | 2008 | 6/12 | 651.84 | | 651.84 | 0.00 | | 600.00 | | 600.00 | | 51.84 |
| 109 | | 2008 | 6/19 | 651.84 | | 651.84 | 120.00 | | 480.00 | | 600.00 | | 51.84 |
| 110 | | 2008 | 6/26 | 651.84 | | 651.84 | 645.40 | | | | 645.40 | | 6.44 |
| 111 | | 2008 | 7/3 | 651.84 | | 651.84 | 794.33 | | | | 794.33 | M | (142.49) |
| 112 | | 2008 | 7/10 | 651.84 | | 651.84 | 635.15 | | | | 635.15 | M | 16.69 |
| 113 | | 2008 | 7/17 | 651.84 | | 651.84 | 685.79 | | | | 685.79 | M | (33.95) |
| 114 | | 2008 | 7/24 | 651.84 | | 651.84 | 600.00 | | | | 600.00 | M | 51.84 |
| 115 | | 2008 | 7/31 | 651.84 | | 651.84 | 600.00 | | | | 600.00 | M | 51.84 |
| 116 | | 2008 | 8/7 | 651.84 | | 651.84 | 600.00 | | | | 600.00 | M | 51.84 |
| 117 | | 2008 | 8/14 | 651.84 | | 651.84 | 600.00 | | | | 600.00 | M | 51.84 |
| 118 | | 2008 | 8/21 | 651.84 | | 651.84 | 510.00 | | | | 510.00 | M | 141.84 |
| 119 | | 2008 | 8/28 | 651.84 | | 651.84 | 600.00 | | | | 600.00 | M | 51.84 |
| 120 | | 2008 | 9/4 | 651.84 | | 651.84 | 255.19 | | | | 255.19 | M | 396.65 |
| 121 | | 2008 | 9/11 | 651.84 | | 651.84 | 262.86 | | | | 262.86 | M | 388.98 |
| 122 | | 2008 | 9/18 | 651.84 | | 651.84 | 480.00 | | | | 480.00 | M | 171.84 |
| 123 | | 2008 | 9/25 | 651.84 | | 651.84 | 360.00 | | | | 360.00 | | 291.84 |
| 124 | | 2008 | 10/2 | 651.84 | | 651.84 | 120.00 | | | | 120.00 | M | 531.84 |
| 125 | | | | | | | | | | | | | |
| 126 | | | | | | | | | | | | | |
| 127 | | | TOTAL | 74,704.32 | 0.00 | 74,704.32 | 64,536.92 | 1,250.00 | 4,970.00 | 852.82 | 71,612.74 | | 3,091.58 |
| 128 | | | | | | | | | | | | | |

Page 3

Perez, Luis

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | |
| 2 | Perez, Luis | | | | | | | | | | | |
| 3 | | | | | | | | | | | | |
| 4 | | | -----EARNINGS DUE----- | | | | | -----ACTUAL PAID----- | | | | |
| 5 | | Week | Salary | Other | Total | Base | | Holiday/ | Add'l. | Total | | |
| 6 | Year | Ending | Earned | | Earned | Comm. | Weeknd | Vac./Per. | Comm. | Paid | Difference | |
| 7 | 2005 | 12/15 | 590.40 | | 590.40 | 500.00 | | | | 500.00 | 90.40 | |
| 8 | 2005 | 12/22 | 590.40 | | 590.40 | 500.00 | | | | 500.00 | 90.40 | |
| 9 | 2005 | 12/29 | 590.40 | | 590.40 | 400.00 | | 100.00 | | 500.00 | 90.40 | |
| 10 | | | | | | | | | | | | |
| 11 | 2006 | 1/5 | 614.40 | | 614.40 | 400.00 | | 100.00 | | 500.00 | 114.40 | |
| 12 | 2006 | 1/12 | 614.40 | | 614.40 | 500.00 | | | | 500.00 | 114.40 | |
| 13 | 2006 | 1/19 | 614.40 | | 614.40 | 500.00 | | | | 500.00 | 114.40 | |
| 14 | 2006 | 1/26 | 614.40 | | 614.40 | 500.00 | | 125.00 | | 625.00 | (10.60) | |
| 15 | 2006 | 2/2 | 614.40 | | 614.40 | 400.00 | | 100.00 | 31.50 | 531.50 | 82.90 | |
| 16 | 2006 | 2/9 | 614.40 | | 614.40 | 500.00 | | | | 500.00 | 114.40 | |
| 17 | 2006 | 2/16 | 614.40 | | 614.40 | 500.00 | | | | 500.00 | (10.60) | |
| 18 | 2006 | 2/23 | 614.40 | | 614.40 | 500.00 | 125.00 | | | 625.00 | 80.61 | |
| 19 | 2006 | 3/2 | 614.40 | | 614.40 | 500.00 | | | 33.79 | 553.79 | 80.61 | |
| 20 | 2006 | 3/9 | 614.40 | | 614.40 | 500.00 | | | 36.67 | 536.67 | 77.73 | |
| 21 | 2006 | 3/16 | 614.40 | | 614.40 | 500.00 | 125.00 | | 35.51 | 535.51 | 78.89 | |
| 22 | 2006 | 3/23 | 614.40 | | 614.40 | 500.00 | | | 38.07 | 663.07 | (48.67) | |
| 23 | 2006 | 3/30 | 614.40 | | 614.40 | 500.00 | | | 36.44 | 500.00 M | 114.40 | |
| 24 | 2006 | 4/6 | 614.40 | | 614.40 | 500.00 | | | 36.44 | 536.44 | 77.96 | |
| 25 | 2006 | 4/13 | 614.40 | | 614.40 | 407.01 | | 100.00 | 33.92 | 540.93 | 73.47 | |
| 26 | 2006 | 4/20 | 614.40 | | 614.40 | 400.00 | | 100.00 | 34.27 | 534.27 | 80.13 | |
| 27 | 2006 | 4/27 | 614.40 | | 614.40 | 500.00 | | | | 500.00 | 114.40 | |
| 28 | 2006 | 5/4 | 614.40 | | 614.40 | 500.00 | | | | 500.00 | 114.40 | |
| 29 | 2006 | 5/11 | 614.40 | | 614.40 | 500.00 | 125.00 | | | 625.00 | (10.60) | |
| 30 | 2006 | 5/18 | 0.00 | | 0.00 | 0.00 | | | | 0.00 | 0.00 | |
| 31 | 2006 | 5/25 | 0.00 | | 0.00 | 0.00 | | | | 0.00 | 0.00 | |
| 32 | 2006 | 6/1 | 0.00 | | 0.00 | 0.00 | | | | 0.00 | 0.00 | |
| 33 | 2006 | 6/8 | 0.00 | | 0.00 | 0.00 | | | | 0.00 | 0.00 | |
| 34 | 2006 | 6/15 | 0.00 | | 0.00 | 0.00 | | | | 0.00 | 0.00 | |
| 35 | 2006 | 6/22 | 0.00 | | 0.00 | 0.00 | | | | 0.00 | 0.00 | |
| 36 | 2006 | 6/29 | 0.00 | | 0.00 | 0.00 | | | | 0.00 | 0.00 | |
| 37 | 2006 | 7/6 | 0.00 | | 0.00 | 0.00 | | | | 0.00 | 0.00 | |
| 38 | 2006 | 7/13 | 0.00 | | 0.00 | 0.00 | | | | 0.00 | 0.00 | |
| 39 | 2006 | 7/20 | -0.00 | | 0.00 | 0.00 | | | | 0.00 | 0.00 | |
| 40 | 2006 | 7/27 | 0.00 | | 0.00 | 0.00 | | | | 0.00 | 0.00 | |
| 41 | 2006 | 8/3 | 0.00 | | 0.00 | 0.00 | | | | 0.00 | 0.00 | |
| 42 | 2006 | 8/10 | 0.00 | | 0.00 | 0.00 | | | | 0.00 | 0.00 | |
| 43 | 2006 | 8/17 | 0.00 | | 0.00 | 0.00 | | | | 0.00 | 0.00 | |

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Perez, Luis | | | | | | | | | | | |
| 2 | | | | | | | | | | | | |
| 3 | | | EARNINGS DUE | | | | | ACTUAL PAID | | | | |
| 4 | | | | | | | | | | | | |
| 5 | Year | Week Ending | Salary Earned | Other Earned | Total Earned | Base Comm. | Weeknd | Holiday/ Vac./Per. | Add'l. Comm. | Total Paid | Difference |
| 6 | | | | | | | | | | | | |
| 44 | 2006 | 8/24 | 0.00 | | 0.00 | 0.00 | | | 0.00 | 0.00 | 0.00 | |
| 45 | 2006 | 8/31 | 0.00 | | 0.00 | 0.00 | | | 0.00 | 0.00 | 0.00 | |
| 46 | 2006 | 9/7 | 0.00 | | 0.00 | 0.00 | | | 0.00 | 0.00 | 0.00 | |
| 47 | 2006 | 9/14 | 0.00 | | 0.00 | 0.00 | | | 0.00 | 0.00 | 0.00 | |
| 48 | 2006 | 9/21 | 0.00 | | 0.00 | 0.00 | | | 0.00 | 0.00 | 0.00 | |
| 49 | 2006 | 9/28 | 0.00 | | 0.00 | 0.00 | | | 0.00 | 0.00 | 0.00 | |
| 50 | 2006 | 10/5 | 0.00 | | 0.00 | 0.00 | | | 0.00 | 0.00 | 0.00 | |
| 51 | 2006 | 10/12 | 0.00 | | 0.00 | 0.00 | | | 0.00 | 0.00 | 0.00 | |
| 52 | 2006 | 10/19 | 0.00 | | 0.00 | 0.00 | | | 0.00 | 0.00 | 0.00 | |
| 53 | 2006 | 10/26 | 0.00 | | 0.00 | 0.00 | | | 0.00 | 0.00 | 0.00 | |
| 54 | 2006 | 11/2 | 0.00 | | 0.00 | 0.00 | | | 0.00 | 0.00 | 0.00 | |
| 55 | 2006 | 11/9 | 614.40 | | 614.40 | 600.00 | | 100.00 | | 600.00 | (100.00) |
| 56 | 2006 | 11/16 | 614.40 | | 614.40 | 600.00 | | | 46.07 | 646.07 | 14.40 |
| 57 | 2006 | 11/23 | 614.40 | | 614.40 | 480.00 | 125.00 | 500.00 | 36.03 | 1,141.03 | (526.63) |
| 58 | 2006 | 11/30 | 614.40 | | 614.40 | 480.00 | 125.00 | | 29.35 | 634.35 | (19.95) |
| 59 | 2006 | 12/7 | 614.40 | | 614.40 | 500.00 | | | 42.59 | 542.59 | 71.81 |
| 60 | 2006 | 12/14 | 614.40 | | 614.40 | 500.00 | 125.00 | | 37.31 | 662.31 | (47.91) |
| 61 | 2006 | 12/21 | 614.40 | | 614.40 | 500.00 | | | 47.40 | 547.40 | 67.00 |
| 62 | 2006 | 12/28 | 614.40 | | 614.40 | 380.00 | | 120.00 | 24.63 | 524.63 | 89.77 |
| 63 | | | | | | | | | | | | |
| 64 | 2007 | 1/4 | 640.32 | | 640.32 | 380.00 | 125.00 | 120.00 | 25.09 | 650.09 | (9.77) |
| 65 | 2007 | 1/11 | 640.32 | | 640.32 | 600.00 | 125.00 | | 47.98 | 772.98 | (132.66) |
| 66 | 2007 | 1/18 | 640.32 | | 640.32 | 600.00 | | | 47.37 | 647.37 | (7.05) |
| 67 | 2007 | 1/25 | 640.32 | | 640.32 | 604.82 | | | | 604.82 | 35.50 |
| 68 | 2007 | 2/1 | 640.32 | | 640.32 | 600.00 | 100.00 | | 45.14 | 745.14 | (104.82) |
| 69 | 2007 | 2/8 | 640.32 | | 640.32 | 600.00 | 125.00 | | | 725.00 | (84.68) |
| 70 | 2007 | 2/15 | 640.32 | | 640.32 | 600.00 | | | 48.08 | 648.08 | (7.76) |
| 71 | 2007 | 2/22 | 640.32 | | 640.32 | 600.00 | | | 43.01 | 643.01 | (2.69) |
| 72 | 2007 | 3/1 | 640.32 | | 640.32 | 600.00 | | | 44.92 | 644.92 | (4.60) |
| 73 | 2007 | 3/8 | 640.32 | | 640.32 | 600.00 | 125.00 | | 46.02 | 771.02 | (130.70) |
| 74 | 2007 | 3/15 | 640.32 | | 640.32 | 600.00 | | | 49.85 | 649.85 | (9.53) |
| 75 | 2007 | 3/22 | 640.32 | | 640.32 | 641.94 | 125.00 | | | 766.94 | (126.62) |
| 76 | 2007 | 3/29 | 640.32 | | 640.32 | 603.70 | | | 50.31 | 654.01 | (13.69) |
| 77 | 2007 | 4/5 | 640.32 | | 640.32 | 600.00 | 125.00 | | 35.00 | 760.00 | (119.68) |
| 78 | 2007 | 4/12 | 640.32 | | 640.32 | 600.00 | | | 35.00 | 635.00 | 5.32 |
| 79 | 2007 | 4/19 | 640.32 | | 640.32 | 600.00 | | | 39.83 | 639.83 | 0.49 |
| 80 | 2007 | 4/26 | 640.32 | | 640.32 | 600.00 | 125.00 | | 49.03 | 774.03 | (133.71) |

# Perez, Luis

## EARNINGS DUE / ACTUAL PAID

| # | Year | Week Ending | Salary Earned | Other | Total Earned | Base Comm. | Weeknd | Holiday/ Vac./Per. | Add'l Comm. | Total Paid | Difference |
|---|------|-------------|---------------|-------|--------------|------------|--------|--------------------|-------------|------------|------------|
| 81 | 2007 | 5/3  | 640.32 | | 640.32 | 482.17 | | 120.00 | 80.36 | 682.53 | (42.21) |
| 82 | 2007 | 5/10 | 640.32 | | 640.32 | 240.00 | | 240.00 | 15.58 | 495.58 | 144.74 |
| 83 | 2007 | 5/17 | 640.32 | | 640.32 | 600.00 | 125.00 | | 81.92 | 806.92 | (166.60) |
| 84 | 2007 | 5/24 | 640.32 | | 640.32 | 600.00 | | | 75.10 | 675.10 | (34.78) |
| 85 | 2007 | 5/31 | 640.32 | | 640.32 | 600.00 | | 120.00 | 74.16 | 794.16 | (153.84) |
| 86 | 2007 | 6/7  | 640.32 | | 640.32 | 600.00 | | | 36.47 | 636.47 | 3.85 |
| 87 | 2007 | 6/14 | 640.32 | | 640.32 | 600.00 | | | 46.84 | 646.84 | (6.52) |
| 88 | 2007 | 6/21 | 640.32 | | 640.32 | 600.00 | | | | 600.00 | 40.32 |
| 89 | 2007 | 6/28 | 640.32 | | 640.32 | 662.93 | 125.00 | | 55.24 | 843.17 | (202.85) |
| 90 | 2007 | 7/5  | 640.32 | | 640.32 | 480.00 | | 120.00 | 37.35 | 637.35 | 2.97 |
| 91 | 2007 | 7/12 | 640.32 | | 640.32 | 600.00 | 125.00 | | | 725.00 | (84.68) |
| 92 | 2007 | 7/19 | 640.32 | | 640.32 | 480.00 | | 120.00 | | 600.00 | 40.32 |
| 93 | 2007 | 7/26 | 640.32 | | 640.32 | 402.56 | | 240.00 | | 642.56 | (2.24) |
| 94 | 2007 | 8/2  | 640.32 | | 640.32 | 607.86 | | | | 607.86 | 32.46 |
| 95 | 2007 | 8/9  | 640.32 | | 640.32 | 623.40 | | | 51.95 | 675.35 | (35.03) |
| 96 | 2007 | 8/16 | 640.32 | | 640.32 | 581.63 | | | | 581.63 | 58.69 |
| 97 | 2007 | 8/23 | 640.32 | | 640.32 | 127.89 | | 125.00 | | 252.89 | 387.43 |
| 98 | | | | | | | | | | | |
| 99 | | TOTAL | 40,130.88 | 0.00 | 40,130.88 | 33,465.91 | 2,225.00 | 2,425.00 | 1,705.15 | 39,821.06 | 309.82 |